10267
G & S-

# COURT, COUNTY OF

EASTERN DIST.                    NEW YORK

CHANEL, INC., A NEW YORK CORPORATION,

against                                   **Plaintiff(s)**

JONATHAN MARRA, LINDA MARRA AND IDA MARRA, ETC.,

**Defendant(s)**

Index No. CV-04 4519

File No. (AMENDED)

**AFFIDAVIT OF SERVICE**

☒ DEPONENT STATES THAT INDEX # & FILING DATE WERE CLEARLY VISIBLE ON THE PAPERS SERVED

State of New York, County of Nassau       ss:

KEVIN MULHERN being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides at LYNBROOK, NY 11563

That on 10-26-2004 at 7:01 pm, at 276 MADISON AVE ISLAND PARK, NY 11558 deponent served the within

ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION, PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR A PRELIMINARY INJUNCTION, SUMMONS, COMPLAINT.

on IDA MARRA
defendant(s) therein named.                              HOME ADDR.

**INDIVIDUAL 1.** ☐ by delivering a true copy of each to said defendant(s) personally; deponent knew the person(s) so served to be the person(s) described as said defendant(s) therein.

**CORPORATION 2.** ☐ a domestic corporation(s), defendant(s) therein named, by delivery to and leaving with              of said corporation(s) a true copy thereof, deponent further knew the said individual(s) to be the managing agent. ☐ Authorized to accept on behalf of the corporation.

**SUITABLE AGE PERSON 3.** ☒ by delivering thereat a true copy(ies) of each to JONATHAN MARRA - COTENANT a person of suitable age and discretion. Said premises is defendant's actual place of business-dwelling house usual place of abode within the state

**AFFIXING TO DOOR. ETC. 4.** ☐ by affixing a true copy(ies) of each to the door of said premises which is defendant's actual place of business or dwelling place or usual place of abode within the state Deponent was unable, with due diligence to find defendant(s) or a person(s) of suitable age and discretion, thereat having called there.
@    ;    @    ;    @    ;    @

**MAILING USE WITH 3 or 4** ☒ Deponent also enclosed a copy of same in postpaid sealed wrapper properly addressed to defendant(s) at the aforementioned address--last known address and deposited said wrapper in a post office-official depository under exclusive care and custody of the United States Postal Service within New York State, on 10-26-2004

**APPROXIMATE DESCRIPTION** ☒ SEX _____ COLOR _____ HAIR _____ APPROX. HT. _____ APPROX. WT. _____ APPROX. AGE _____

**MILITARY SERVICE** ☒ I asked the person spoken to JONATHAN MARRA - COTENANT whether defendant is in active military service of the United States or if he/she or any member of his/her family is dependent on anyone in the U.S. Military in any capacity whatever. Person answered in the negative. The source of my information and the grounds of my belief are the conversations narrated. Upon information and belief I aver that the defendant is not in the military service nor are they or any member of their family dependent on the United States as that term is defined in the Federal statutes.

**CCT** ☐

The language required by NYCRR 2900.2 (E0) (F) & (H) was set forth on the face of said.

Sworn to before me on 02-07-2005

*(signature)*                                 *(signature)*

KEVIN MULHERN            0749086

**SHAUL HORAN**
Notary Public, State of New York
No. 01HO6108246
Qualified in Nassau County
Commision Expires 04/12/2008

ALERT PROCESS SERVICE AGENCY. 185 Willis Avenue. Mineola NY 11501 (516) 741-4353